IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRAGON INTELLECTUAL<br>PROPERTY LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-2061-RGA |
| | : | |
| AT&T SERVICES INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| DRAGON INTELLECTUAL<br>PROPERTY LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-2062-RGA |
| | : | |
| CHARTER COMMUNICATIONS INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| DRAGON INTELLECTUAL<br>PROPERTY LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-2063-RGA |
| | : | |
| COMCAST CABLE<br>COMMUNICATIONS LLC, | : | |
| | : | |
| Defendant. | : | |

DRAGON INTELLECTUAL                  :
PROPERTY LLC,                         :
                                   :
                Plaintiff,             :
                                   :
                v.                   :        Civil Action No. 13-2064-RGA
                                   :
COX COMMUNICATIONS INC.,          :
                                   :
                Defendant.           :

---

DRAGON INTELLECTUAL                  :
PROPERTY LLC,                         :
                                     :
                Plaintiff,             :
                                   :
                v.                   :        Civil Action No. 13-2067-RGA
                                   :
SIRIUS XM RADIO INC.,                :
                                   :
                Defendant.           :

---

DRAGON INTELLECTUAL                  :
PROPERTY LLC,                         :
                                   :
                Plaintiff,             :
                                   :
                v.                   :        Civil Action No. 13-2068-RGA
                                   :
TIME WARNER CABLE INC.,            :
                                   :
                Defendant.           :

DRAGON INTELLECTUAL                       :
PROPERTY LLC,                             :
                                          :
                    Plaintiff,            :
                                          :
            v.                            :        Civil Action No. 13-2069-RGA
                                          :
VERIZON COMMUNICATIONS INC.,              :
                                          :
                    Defendant.            :


MEMORANDUM

The Motion for Provisional Entry of Appearance (No. 13-2061, D.I. 120)[1] is **DENIED.**

Interestingly, the Devlin Law Firm – Plaintiff's possible counsel – submits no proposed order

with the motion. I do not think that is a coincidence. It is hard to figure out what sort of order

the Devlin Law Firm would envision were I to grant its motion. That is because the Devlin Law

Firm is essentially seeking an order to limit its potential liability for conduct it has not yet

undertaken. I believe the Devlin Law Firm is seeking an advisory opinion on hypothetical

conduct. I do not believe it is my role to grant prospective "immunity" to the Devlin Law Firm

based on a proffer of its litigation plan if it enters an appearance in this case.

Thus, the Motion for Emergency Treatment (D.I. 126) is **DISMISSED** as moot.

IT IS SO ORDERED this 2l day of December 2015.

_____
United States District Judge

---

[1] The same motion was filed in the ten related cases. I cite only to No. 13-2061.