IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, Plaintiff, v. AT&T SERVICES, INC., Defendant. | Civil Action No. 13-2061-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC, Plaintiff, v. CHARTER COMMUNICATIONS, INC., Defendant. | Civil Action No. 13-2062-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC, Plaintiff, v. COMCAST CABLE COMMUNICATIONS, LLC, Defendant. | Civil Action No. 13-2063-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC, Plaintiff, v. COX COMMUNICATIONS, INC., Defendant. | Civil Action No. 13-2064-RGA |

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Civil Action No. 13-2065-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE, INC,<br><br>Defendant. | Civil Action No. 13-2068-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 13-2069-RGA |

**MEMORANDUM ORDER**

Defendants AT&T Service Inc. and DirecTV have filed Motions to Declare this Case Exceptional and Award Fees Under 35 U.S.C. § 285. (C.A. 13-2061, D.I. 183; C.A. 13-2065, D.I. 196). Defendants Charter Communications, Inc., Comcast Cable Communications, LLC,

2

Cox Communications Inc., Time Warner Cable Inc., and Verizon Communication Inc. ("Cable Defendants") have filed Motions for Attorneys' Fees and Costs. (C.A. 13-2062, D.I. 203; C.A. 13-2063, D.I. 202; C.A. 13-2064, D.I. 195; C.A. 13-2068, D.I. 205; C.A. 13-2069, D.I. 195). The Cable Defendants' motions request, in part, fees pursuant to 35 U.S.C. § 285. (*Id.*). This Section provides: "The court in exceptional cases may award reasonable attorney fees to the prevailing party." A prevailing party is "one who has been awarded some relief by the court." *Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.*, 532 U.S. 598, 603 (2001); *see also SSL Servs., LLC v. Citrix Sys., Inc.*, 769 F.3d 1073, 1087 (Fed. Cir. 2014) ("A party 'prevails' when 'actual relief on the merits of his claim materially alters the legal relationship between the parties . . . in a way that directly benefits the [party].'" (alteration in original) (quoting *Farrar v. Hobby*, 506 U.S. 103, 111-12 (1992). I have vacated my previous judgments of non-infringement in these cases. Thus, I have awarded no "actual relief on the merits" and Defendants are not prevailing parties. Therefore, Defendants are not entitled to pursue attorney fees under 35 U.S.C. § 285.

Defendants AT&T Services' and DirecTV's Motions to Declare this Case Exceptional and Award Fees Under 35 U.S.C. § 285 (C.A. 13-2061, D.I. 183; C.A. 13-2065, D.I. 196) are **DENIED** and Cable Defendants' Motions for Attorneys' Fees and Costs (C.A. 13-2062, D.I. 203; C.A. 13-2063, D.I. 202; C.A. 13-2064, D.I. 195; C.A. 13-2068, D.I. 205; C.A. 13-2069, D.I. 195) are **DENIED** to the extent that they rely on 35 U.S.C § 285.

IT IS SO ORDERED this __27__ day of September 2018.

Richard G. Andrews
United States District Judge

3